IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHARON HARRIS, JAMES TODD HARRIS,
TAMMY DENISE DELAROSA, KIMBERLY
SUE RACHALL, KEVIN SCOTT HARRIS,
STEPHANIE VICTORIA CROY, DANIEL
HARRIS, and BRIDGETTE HARRIS, individually
and on behalf of all wrongful death beneficiaries
of R.C. HARRIS, deceased                                                                              PLAINTIFFS

v.                          Case No. 4:19-cv-00155-KGB

**MOLDEX-METRIC, INC.,** *et al.*                                                                 DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiffs Sharon Harris, James Todd Harris, Tammy Denise Delarosa, Kimberly Sue Rachall, Kevin Scott Harris, Stephanie Victoria Croy, Daniel Harris, and Bridgette Harris' complaint is dismissed with prejudice.  The relief sought is denied.

It is so adjudged this 21st day of June, 2022.

_____
Kristine G. Baker
United States District Judge